PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | MARK JUSTIN DANIELS | Case Number: | 1:13CR473-1 |

Name of Sentencing Judicial Officer: The Honorable Thomas D. Schroeder

Date of Original Sentence: February 24, 2015

Original Offense: Count 1: Interference with Commerce by Robbery in violation of 18 U.S.C. § 1951(a).

Count 2: Armed Credit Union Robbery in violation of 18 U.S.C. § 2113(a) and (d).

Original Sentence: Custody of the Bureau of Prisons for a total term of 76 months (76 months as to Count 1 and 76 months as to Count 2 to run concurrently). Followed by a supervised release term of 3 years on each Count to run concurrently.

November 13, 2019: Order on Report of Offender Under Supervision filed.

Type of Supervision: Supervised Release    Date Supervision Commenced: September 10, 2019
Date Supervision Expires: September 9, 2022

Assistant U.S. Attorney: Andrew C. Cochran        Defense Attorney: Robert L. McClellan

## PETITIONING THE COURT

[X] To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ] To issue a summons

The probation officer believes that Mr. Daniels has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

On November 6, 2019, Mr. Daniels was arrested by the Winston-Salem Police Department in Winston-Salem, NC, for Misdemeanor Communicating Threats and Misdemeanor Injury to Personal Property in case 19CR61668. The offense date was November 6, 2019. Mr. Daniels' next court date on this matter is scheduled for December 3, 2019.

On November 6, 2019, the probation officer received a phone call from an officer with Winston-Salem Police Department who indicated they would soon be conducting an arrest on Mr. Daniels. According to the officer, Mr. Daniels had threatened to bomb Crisis Control Ministries. A short time later, the probation officer received a second phone call from the officer who indicated Mr. Daniels was taken into custody without incident.

According to the police report, on November 6, 2019, 911 communications received a phone call from Crisis Control Ministries, an area non-profit organization which operates a free pharmacy for those that meet

**RE: Mark Justin Daniels**                                                                                    2

certain low-income qualifications. The 911 caller advised Mr. Daniels had made threats to "blow up" their building, began throwing chairs and other items in their lobby, and then left. An officer responded to the agency and spoke with the director. The director advised Mr. Daniels (known to their agency as he receives medications there), had reported to the center to obtain his medications but was denied. The director advised Mr. Daniels became upset, threatened to "blow this fucking place up" and then threw chairs before leaving.

Mr. Daniels' actions caused the agency to be placed on "lock down" status for the day which disrupted critical services for other clients within the city.

Mr. Daniels was arrested a short time later and given a $1500 secured bond at the Forsyth County Detention Center. In a statement to the arresting officer, Mr. Daniels acknowledged throwing property at Crisis Control Ministries but denied making a statement about blowing up the building or anything related to a bomb.

Mr. Daniels was to appear in the Forsyth County District Court on January 22, 2020 for this charge. Mr. Daniels failed to appear and a warrant for his arrest was issued. This warrant remains unserved as of the date of this report.

**Violation 2 - The defendant shall not commit another federal, state or local crime.**

On February 1, 2020, Mr. Daniels was charged by the Winston-Salem Police Department in Winston-Salem, North Carolina for Misdemeanor Communicating Threats and Misdemeanor Domestic Violence Protective Order Violation in case 20CR51170. The offense date was February 1, 2020. This warrant for arrest remains unserved as of the date of this report.

According to police reports, Officer Martens with the Winston-Salem Police Department responded to a call for service to a Ms. Kayla Towery, who had a valid protective order in place against Mr. Daniels. Ms. Towery showed the officer received text messages from Mr. Daniels that read as follows: "Fuck this court shit. I got bail money. U fuckers respond or I'm coming over. Nobody will find me. Taz Bitch respond or everyone but Mattie gets it. Been planning this for 2 years. I'm close. Nobody will find me."

It was noted by the responding officer that "Taz" referenced Tazeman Earl Boone, who was a friend of Mark Daniels' who murdered his girlfriend in the maternity ward of Forsyth Hospital and then committed suicide.

The officer was able to speak with Mr. Daniels on the phone this date and after the officer identified himself, Mr. Daniels' stated, "Good luck" and hung up the phone. The officer then called Mr. Daniels back once again and Mr. Daniels stated among other things, "I don't give a fuck, she dead nobody can stop it."

Officers were unable to locate Mr. Daniels this date and the case was transferred to the Winston-Salem Police Department Special Weapons and Tactics (SWAT) team for investigation and apprehension.

**RE: Mark Justin Daniels** 3

**Violation 3 - The defendant shall notify the probation officer ten days prior to any change in residence or employment.**

Mr. Daniels failed to notify the probation officer ten days prior to moving from last known residence at: 700 Shallowford Road, Winston-Salem, North Carolina.

On January 6, 2020, Mr. Daniels reported to the probation office and indicated he had relocated with a new girlfriend to a boarding house at the address listed above. The probation officer instructed Mr. Daniels to remain at this residence on January 14, 2020 for a residence inspection. On this date, Mr. Daniels was not at the residence, although another occupant at the residence advised he would instruct Mr. Daniels to contact the probation officer. The probation made multiple attempts to reach Mr. Daniels on the phone this date without success, as well as in the days after January 6, 2020.

The probation officer was unable to locate Mr. Daniels either in person or via phone until January 22, 2020 at which time Mr. Daniels finally responded via text message. During this conversation, he advised he was heading to the Bethesda Center homeless shelter due to a break-up with his current girlfriend. The probation officer instructed Mr. Daniels to report there immediately. The probation officer also responded in person to the shelter this date but was unable to locate Mr. Daniels. Mr. Daniels then sent another text message indicating he was denied access due to a lack of identification and was heading to Old Vineyard Behavioral Health instead. Mr. Daniels only responded via text message, but it appears he was in a mental health crisis. Communication then ceased after the probation officer attempted additional messages.

The probation officer contacted Old Vineyard Behavioral Health on multiple days following this last communication and was advised each time that Mr. Daniels was not a currently admitted patient. The probation officer then inquired around local hospitals, jails, mental health facilities, and last known residences without success.

On January 30, 2020, the probation officer reported to Mr. Daniels' mother's address, a residence Mr. Daniels had previously resided at, and spoke with his mother. She indicated Mr. Daniels dropped off some property approximately two weeks prior, but she had not heard from or had any contact with Mr. Daniels since then.

The probation officer has exhausted reasonable paths towards locating Mr. Daniels and considers him to have absconded supervision at this time.

**Violation 4 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. Daniels tested positive for Buprenorphine (without valid prescription) on 1 occasion (September 12, 2019).

Mr. Daniels tested positive for methamphetamine on 1 occasion (November 15, 2019).

On each of these instances, Mr. Daniels signed admission forms.

**RE: Mark Justin Daniels**  4

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]    revoked.
    [ ]    extended for   years, for a total term of   years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on  February 3, 2020

Kevin M. Alligood
U.S. Probation Officer Specialist

Approved by:

Christopher M. Bersch
Supervisory U.S. Probation Officer

February 3, 2020

Date

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF NORTH CAROLINA

251 N. Main St, Suite 840
Winston-Salem, NC 27101
Phone: (336) 293-5080
Fax: (336) 631-5095



# MEMORANDUM

February 3, 2020

TO: Clerk of Court
Middle District of North Carolina

REPLY TO
ATTN OF: Kevin M. Alligood, U.S. Probation Officer Specialist

SUBJECT: **PETITION FOR WARRANT**

RE: Mark Justin Daniels

DOCKET NO: 1:13CR473-1

ADDRESS: Last Known:
700 Shallowford St.
Winston-Salem, NC

DOB: 02/18/1986

RACE: White  SEX: Male

KA/jlb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v.    ) | 1:13CR473-1 |
| ) | |
| MARK JUSTIN DANIELS  ) | |

### ORDER ON PETITION FOR WARRANT OR SUMMONS
### FOR OFFENDER UNDER SUPERVISION

This matter is before the Court upon request of the United States Probation Officer. (Doc. 42.) The Court has reviewed the petition and finds the following:

( )  No Action.

(X)  The Issuance of a Warrant. For compelling reasons, this petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Service.

( )  The Issuance of a Warrant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Service.

( )  The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( )  Other:

IT IS SO ORDERED.

/s/   Thomas D. Schroeder<br>United States District Judge

February 4, 2020

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID: 2543514

for the

Middle District of North Carolina

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:13CR473-1 |
| MARK JUSTIN DANIELS | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MARK JUSTIN DANIELS                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release imposed by the Middle District of North Carolina on 2/24/2015.


Date:  02/04/2020                                              John S. Brubaker, Clerk
                                                               *Issuing officer's signature*

City and state:  Greensboro, North Carolina                    /s/ Jamie L. Sheets, Deputy Clerk
                                                               *Printed name and title*

### Return

This warrant was received on *(date)* 2/4/2020, and the person was arrested on *(date)* 3/16/2020
at *(city and state)* Seattle, WA.

Date: 3/16/2020

**RECEIVED**
FEB 0 5 2020
U.S. Marshals Service, M/NC

*Arresting officer's signature*

Ron Gilot, DUSM
*Printed name and title*