UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARK JUSTIN DANIELS,

        Defendant.

Case No. MJ20-133 MLP

DETENTION ORDER

Offenses charged: Supervised Release Violations

Date of Detention Hearing: March 19, 2020 conducted via video-teleconference per Defendant's consent

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The Defendant stipulates to detention pending transfer to the Middle District of North Carolina.

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required or ensure the safety of the community, pending his initial appearance in the Middle District of

North Carolina.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending initial appearance in the Middle District of North Carolina and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 19th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge